UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CLEMON HUDSON, | Case No. 2:22-cv-01377-GMN-BNW |
| Petitioner, | **Order Granting Motion to Extend Time to Respond to Petition to March 27, 2023** |
| v. | |
| WILLIAM HUTCHING, *et al*., | |
| Respondents. | **(ECF No. 9)** |

Respondents ask the court for an extension of time to file a response to Clemon Hudson's *pro se* 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 9.) Good cause appearing,

**IT IS ORDERED** that respondents' motion for extension of time to respond to the petition (ECF No. 9) is **GRANTED**. **The deadline to respond is extended to March 27, 2023.**

DATED: 26 January 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE