UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CLEMON HUDSON, | Case No. 2:22-cv-01377-GMN-BNW |
| Petitioner, | **Order Granting Motion to Extend Time to Respond to Petition to May 26, 2023** |
| v. | |
| WILLIAM HUTCHING, *et al.*, | |
| Respondents. | **(ECF No. 11)** |

Respondents ask the court for an extension of time to file a response to Clemon Hudson's *pro se* 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 11.) Counsel explains that she is leaving the division and the case needs to be reassigned. Good cause appearing,

**IT IS ORDERED** that respondents' motion for extension of time to respond to the petition (ECF No. 11) is **GRANTED**. **The deadline to respond is extended to May 26, 2023.**

DATED: 2 March 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1