UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CLEMON HUDSON,<br><br>                           Petitioner,<br>v.<br>WILLIAM HUTCHING, *et al*.,<br><br>                         Respondents. | Case No. 2:22-cv-01377-GMN-BNW<br><br>**Order Granting Motion to Extend Time to Respond to Petition to August 24, 2023**<br><br>(ECF No. 16) |

Respondents ask the court for an extension of time to file a response to Clemon Hudson's *pro se* 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 16.) The court will grant the extension. Absent extraordinary circumstances, however, the court is unlikely to grant any further extension.

**IT IS ORDERED** that respondents' fourth motion for extension of time to respond to the petition (ECF No. 16) is **GRANTED** *nunc pro tunc.* **The deadline to respond is extended to August 24, 2023.**

DATED: 26 July 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1